**EXHIBIT 1**



IN THE FEDERAL HIGH COURT
HOLDEN AT PORT HARCOURT

SUIT NO. FHC/PH/121/96.

BETWEEN:

EMEKUKU COMMUNITY BANK NIGERIA ) .. PLAINTIFF
LIMITED                        )

AND

1. PBN FINANCE AND TRUST COMPANY )
   LIMITED                      )  .. DEFENDANTS
2. PROGRESS BANK OF NIGERIA PLC  )

ORDER

UPON THIS SUIT dated 14th May 1999, and placed under the Undefended List on the 6th day of July 1999.

The Defendants having been duly served and having not filed an intention to defend this Suit.

And After Hearing J.U. Ukadike Esq. of Counsel for the plaintiff urging the Court to hear this matter as an undefended Suit and give judgment to the plaintiff.

And the Court having given judgment.

IT IS HEREBY ORDERED AS FOLLOWS:

1. That the Judgment of this Court is hereby given in favour of the plaintiff against the Defendants jointly and severally as claimed in the writ.

2. That the Defendants are therefore liable and shall pay to the plaintiff:



P. F. OLAYIWOLA
PRESIDING JUDGE.

CERTIFIED TRUE COPY
REGISTRAR
FEDERAL HIGH COURT
PORT HARCOURT

- 2 -

   (a) The sum of ₦2,000746.28 (two million, seven hundred and forty-six naira and twenty-eight kobo) being the principal money and interest as at 27th March 1996.

3. The interest at the rate of 21% from April 1996 until today.

4. The interest at the rate of 21% from the date of judgment until the liquidation of the debt'

   Issued at Port Harcourt Under the Seal of the Court and the Hand of the Presiding Judge this 21st day of October 1999.

CERTIFIED TRUE COPY
REGISTRAR
FEDERAL HIGH COURT
..... PORT HARCOURT

L. O. EGBUCHE
SENIOR REGISTRAR.