# EXHIBIT 1

(a) Fedex Waybill and Receipt for shipment to Defendant, Nigerian Deposit Insurance Corporation (NDIC)

(b) Summons issued to Defendant, Nigerian Deposit Insurance Corporation (NDIC)

EXHIBIT 1

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Mezu, Sebastian O., Chairman
Emekuku Community Bank Nigeria Limited
4011 Old Court Road, Pikesville, MD 21208

**(b)** County of Residence of First Listed Plaintiff  **Baltimore**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
(1)Progress Bank of Nigeria Plc  (2) Nigeria Deposit Insurance Corp.)
c/o Alhaji Umaru Ibrahim, mni, Managing Director, Plot 447/448
Constitution Ave., Central Business District, Garki, Abuja NIGERIA

County of Residence of First Listed Defendant  **Abuja, Nigeria**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
C. Valerie Ibe, Esq., Law Offices of C. Valerie Ibe, A Prof. Corporation
1008 Reisterstown Rd., Pikesville, MD 21208 (818) 346-8777

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☒ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine / ☐ 345 Marine Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332(a)(2); Md. Code Ann., Cts. & Jud. Proc. § 10-701 *et seq.*
Brief description of cause:
Record a Foreign Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 720,088.67
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 10/03/2012
SIGNATURE OF ATTORNEY OF RECORD: V. Ibe

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| DR. SEBASTIAN OKECHUKWU MEZU, | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-12-2865 |
| PROGRESS BANK OF NIGERIA *et al.*, | * | |
| Defendants | * | |

## ORDER

The Court has reviewed the Plaintiff's response (ECF No. 4) to the Order to Show Cause (Sept. 27, 2012, ECF No. 2) and is satisfied that Plaintiff has asserted a plausible basis for subject-matter jurisdiction. Accordingly, it is hereby ORDERED that the Clerk shall accept Plaintiff's First Amended Complaint and attachments thereto, found as an exhibit to the response (ECF No. 4), for filing as the operative complaint in this case. Plaintiff has paid the filing fee and is responsible for effectuating service on Defendants.

DATED this 22nd day of January, 2013.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Dr. Sebastian Okechukwu MEZU, Chairman
Emekuku Community Bank Nigeria Ltd )
)
*Plaintiff* )
)
v. ) Civil Action No. **JKB 12 CV 2865**
Nigeria Deposit Insurance Corporation (NDIC) )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nigeria Deposit Insurance Corporation (NDIC)
c/o Alhaji Umaru Ibrahim, mni
Managing Director & Chief Executive
Plot 447/448 Constitution Avenue
Central Business District, PMB 284
Garki, Abuja, NIGERIA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: C. Valerie Ibe, Esq.
Law Offices of C. Valerie Ibe,
A Professional Corporation
1008 Reisterstown Road
Pikesville, Maryland 21208 USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/22/13

*Signature of Clerk or Deputy Clerk*



FedEx Office

1439 REISTERSTOWN RD
PIKESVILLE, MD 21208

Location:        MTNKI
Device ID:       MTNKI-POS1
Employee:        2265948
Transaction:     78074739952

---

INTL PRIORITY
899446174200     0.45 lb (S)       127.05

           Shipment subtotal:    127.05

                 Total Due:    127.05

        (V) CreditCard:    127.05
************6162

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

January 31, 2013 1:15:00 PM

# FedEx International Air Waybill

RETAIN THIS COPY FOR YOUR RECORDS.

**1 From** *Please print and press hard.*

Date: 1/31/2013

Sender's Name: C. Valerie Ibe, Esq
Phone:

Company: Law Offices C. Valerie Ibe, A Professional Law Corporation

Address: 1008 Reisterstown Road

City: Pikesville
State/Province: Maryland
ZIP/Postal Code: 21208
Country: USA

**2 To**

Recipient's Name: Nigeria Deposit Insurance Corp. (NDIC) c/o Alhaji Umaru Ibrahim, mni

Company: Managing Director & Chief Executive

Address: Plot 447/448 Constitution Ave Dept/Floor

Address: Central Business District PMB 284

City: GARKI, ABUJA
ZIP/Postal Code:
Country: NIGERIA

**3 Shipment Information**

Total Packages: 1
Total Weight: 0.5 kg

Commodity Description: document

Value for Customs: 1.00 USD

Total Declared Value for Customs: 1.00 USD
Total Value for Carriage: 1.00 USD

**4 Express Package Service**

[X] FedEx Intl. Priority
[ ] FedEx Intl. First
[ ] FedEx Intl. Economy

**5 Packaging**

[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx 10kg Box
[ ] FedEx Tube
[ ] FedEx 25kg Box
[ ] Other

**6 Special Handling**

[ ] HOLD at FedEx Location
[ ] SATURDAY Delivery

**7 Payment**

[X] Sender
[ ] Recipient
[ ] Third Party
[X] Credit Card
[ ] Cash/Check/Cheque

**8 Your Internal Billing Reference**

OPTIONAL

**9 Required Signature**

FedEx Tracking Number: 8994 4617 4200

Form ID No.: 0402  568

For Completion Instructions, see back of fifth page.

Questions? Go to our Web site at fedex.com
Or in the U.S., call 1.800.GoFedEx 1.800.463.3339.

12/11