

# NIGERIA DEPOSIT INSURANCE CORPORATION

TEL: 09-4601380 - 9

PLOT 447/448 CENTRAL BUSINESS DISTRICT
CONSTITUTION AVENUE,
P.M.B. 284
GARKI - ABUJA.

REF. NO: NDIC/LD/ECBN/PBN/5000

DATE: 20th May, 2013

*FILED / ENTERED*
*LODGED / RECEIVED*
*MAY 28 2013*
*AT BALTIMORE*
*CLERK U.S. DISTRICT COURT*
*DISTRICT OF MARYLAND*
*DEPUTY*

The Clerk,
United States District Court,
District of Maryland,
United States of America.

**RE: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

Dr. Sebastian Okechukwu Mezu, Chairman
Emekuku Community Bank of Nigeria Limited

Civil No. JKB-12-2865

Plaintiff,
V
Progress Bank of Nigeria, PLC, et al.

Defendants

**RE: MOTION FOR ENTRY OF DEFAULT**

Please refer to the attached document captioned "Motion For Entry of Default" which was posted to the Nigeria Deposit Insurance Corporation.

We note that the above mentioned document is a motion by the plaintiff in the above suit for the Clerk to enter a judgment against the Nigeria Deposit Insurance Corporation and the defunct Progress Bank of Nigeria PLC (In-Liquidation) in default of defence.

We put you on notice that the Corporation had responded to your earlier document captioned "SUMMONS IN CIVIL ACTION" dated 22nd January, 2013 which was sent to the Corporation by post and we assume that the above document is sequel to that one.